1  GARY OWEN CARIS (SBN 088918)
   E-mail: gcaris@mckennalong.com
2  LESLEY ANNE HAWES (SBN 117101)
   E-mail: lhawes@mckennalong.com
3  McKENNA LONG & ALDRIDGE LLP
   444 South Flower Street, 8th Floor
4  Los Angeles, CA 90071-2901
   Telephone: (213) 688-1000
5  Facsimile: (213) 243-6330

6  Attorneys for Plaintiff
   ROBB EVANS as Receiver for OHANA
7  INTERNATIONAL, INC. and over the assets of
   CHRISTIANO HASHIMOTO, individually and
8  doing business as FINANCIAL SOLUTIONS

FILED
CLERK, U.S. DISTRICT COURT
JAN 1 6 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

___ Priority
✓ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROBB EVANS as Receiver for OHANA INTERNATIONAL, INC. and over the assets of CHRISTIANO HASHIMOTO, individually and doing business as FINANCIAL SOLUTIONS,<br><br>Plaintiff,<br><br>v.<br><br>DAN RIVERA; MARIA RIVERA; ROGER HODNICK; DONNA ROWE; HAROLD MASON; TRESSIA MASON; MARY YEZZI; ROBBIE ROBISON; CHARLISA B. PAYTON; ANDRE BISHOP; PAMELA BISHOP; MICHAEL T. SMITH; BARRINGTON HENDERSON; SHAUNA SULLIVAN; and SVEN BUCHEL,<br><br>Defendants. | CASE NO. ED CV06-1212 SVW (OPx)<br><br>[~~PROPOSED~~] JUDGMENT AGAINST SHAUNA SULLIVAN<br><br>DATE: December 17, 2007<br>TIME: 1:30 p.m.<br>PLACE: Courtroom 6 |

LA:17284491.2

Plaintiff Robb Evans, as Receiver ("Receiver") for Ohana International, Inc. and over the assets of Christiano Hashimoto, individually and doing business as Financial Solutions ("Receivership Entities"), brought his Motion for Summary Judgment against defendant Shauna Sullivan, which was originally scheduled for hearing on November 26, 2007 at 1:30 p.m. The hearing on the Receiver's Motion for Summary Judgment against Shauna Sullivan was continued on the Court's own motion and was heard on December 17, 2007 at 1:30 p.m. in Courtroom 6 of the above-referenced Court, the Honorable Stephen V. Wilson, United States District Judge presiding. Gary Owen Caris of McKenna Long & Aldridge LLP appeared on behalf of the Plaintiff, and Philip Deitch appeared on behalf of Defendant Shauna Sullivan. The Court having read and considered all papers filed in support of the Motion for Summary Judgment, including all admissible evidence filed in support of the Motion, no timely opposition to the Motion for Summary Judgment having been filed and served by Defendant Shauna Sullivan, the Court having heard and considered the arguments and contentions of counsel, the Court determining that no genuine issue as to any material fact exists and that Plaintiff is entitled to a judgment as a matter of law, and the Court finding that good cause exists for entry of a separate judgment under Rule 54 of the Federal Rules of Civil Procedure under the circumstances, it is

ORDERED, ADJUDGED AND DECREED that Plaintiff Robb Evans, as Receiver for Ohana International, Inc. and over the assets of Christiano Hashimoto, individually and doing business as Financial Solutions, shall have judgment against Defendant Shauna Sullivan in the amount of $476,850.00 pursuant to the First, Second and Third Claims for Relief asserted in Plaintiff's Complaint, together with costs of suit in the amount of $_____ and with post-judgment interest pursuant to 28 U.S.C. § 1961 from date of entry of judgment until paid in full; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that there is no just reason for delay in entry of this final judgment against Defendant Shauna

1  Sullivan and the Court expressly directs the entry of this separate judgment against
2  Shauna Sullivan pursuant to F.R. Civ. P. 54 while this action remains pending
3  against other defendants.

DATED: 1/15/08

Stephen V. Wilson
United States District Judge

# PROOF OF SERVICE BY MAIL AND FACSIMILE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **444 South Flower Street, Los Angeles, California 90071.**

On November 26, 2007, I served the **[PROPOSED] JUDGMENT AGAINST SHAUNA SULLIVAN** on the interested parties in this action via facsimile transmission at the respective telefax number and by placing the **true copy**/original thereof, and enclosed in a sealed envelope, postage prepaid, addressed as follows:

**SEE ATTACHED SERVICE LIST.**

( X )   BY MAIL

I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service.

The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of such business.

( X )   VIA FACSIMILE TRANSMISSION

I caused all the pages of the above entitled document to be sent to the recipients noted on the attached service list via facsimile transmission (FAX) at the respective telefax numbers.

☐ **(STATE)**   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 26, 2007.

_Pamela A. Coates_
Signature

_Pamela A. Coates_
Print Name

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

LA:17163751.1

# SERVICE LIST

| | |
|---|---|
| Philip Deitch, Esq.<br>Law Offices of Philip Deitch<br>P.O. Box 8025<br>Van Nuys, CA 91406-8025<br>Telephone: (818) 717-0901<br>Facsimile: (818) 717-0906 | Counsel for Shauna Sullivan |
| Dan Reising, Esq.<br>32222 Camino Capistrano, Suite A<br>San Juan Capistrano, CA 92675<br>Telephone: (949) 496-8101<br>Facsimile: (949) 596-0278 | Counsel for Robbie Robison |

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

LA:17163751.1

[TITLE OF DOCUMENT]