1  GARY OWEN CARIS (SBN 088918)
   E-mail:  gcaris@mckennalong.com
2  LESLEY ANNE HAWES (SBN 117101)
   E-mail:  lhawes@mckennalong.com
3  McKENNA LONG & ALDRIDGE LLP
   444 South Flower Street, 8th Floor
4  Los Angeles, CA  90071-2901
   Telephone:  (213) 688-1000
5  Facsimile:   (213) 243-6330

6  Attorneys for Plaintiff
   ROBB EVANS as Receiver for OHANA
7  INTERNATIONAL, INC. and over the assets of
   CHRISTIANO HASHIMOTO, individually and
8  doing business as FINANCIAL SOLUTIONS

9

10              **UNITED STATES DISTRICT COURT**

11          **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

12

| | |
|---|---|
| ROBB EVANS as Receiver for OHANA INTERNATIONAL, INC. and over the assets of CHRISTIANO HASHIMOTO, individually and doing business as FINANCIAL SOLUTIONS,<br><br>  Plaintiff,<br><br>  v.<br><br>DAN RIVERA; MARIA RIVERA; ROGER HODNICK; DONNA ROWE; HAROLD MASON; TRESSIA MASON; MARY YEZZI; ROBBIE ROBISON; CHARLISA B. PAYTON; ANDRE BISHOP; PAMELA BISHOP; MICHAEL T. SMITH; BARRINGTON HENDERSON; SHAUNA SULLIVAN; and SVEN BUCHEL,<br><br>  Defendants. | CASE NO.  ED CV06-1212 SVW (OPx)<br><br>**JUDGMENT AGAINST DEFENDANTS ANDRE BISHOP, SVEN BUCHEL, BARRINGTON HENDERSON, CHARLISA PAYTON, DAN RIVERA, MARIA RIVERA, MICHAEL T. SMITH, AND MARY YEZZI AFTER DEFAULT**<br><br>[Application for Entry of Default Judgment; Declarations of Gary Owen Caris and Brick Kane; and Request for Judicial Notice filed concurrently herewith]<br><br>DATE:   May 5, 2008<br>TIME:    1:30 p.m.<br>PLACE:  Courtroom 6 |

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

[PROPOSED] JUDGMENT AGAINST DEFENDANTS BISHOP, BUCHEL, ET AL - CASE NO. ED CV06-1212 SVW (OPx)

LA:17292835.1

1  This case came on before the Honorable Stephen V. Wilson, United States District Judge presiding in Courtroom 6 of the above-referenced Court, by submission of the attorneys of record for Plaintiff Robb Evans, as Receiver for Ohana International, Inc. and over the assets of Christiano Hashimoto, individually and doing business as Financial Solutions, having been regularly served with process, having failed to appear and answer the Plaintiff's complaint filed herein on November 2, 2006, and the defaults of said defendants having been duly entered and evidence having been considered by the Court, and good cause appearing for entry of judgment against the defendants pursuant to Rule 55 of the Federal Rules of Civil Procedure:

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that, Plaintiff Robb Evans, as Receiver for Ohana International, Inc. and over the assets of Christiano Hashimoto, individually and doing business as Financial Solutions shall recover from defendant Andre Bishop the principal sum of $132,360.69, plus Plaintiff's costs amounting to the sum of $680.00, of which $350.00 representing the filing fee in this action is subject to joint and several liability of all defendants against whom judgment is entered, for a total judgment of $133,040.69, together with post-judgment interest pursuant to 28 U.S.C. § 1961 from the date of entry of judgment until paid at the rate provided by such statute.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that, Plaintiff Robb Evans, as Receiver for Ohana International, Inc. and over the assets of Christiano Hashimoto, individually and doing business as Financial Solutions shall recover from defendant Sven Buchel the principal sum of $148,895.96, plus Plaintiff's costs amounting to the sum of $475.00, of which $350.00 representing the filing fee in this action is subject to joint and several liability of all defendants against whom judgment is entered, for a total judgment of $149,370.96, together with post-judgment interest pursuant to 28 U.S.C. § 1961 from the date of entry of judgment until paid at the rate provided by such statute.

Attorneys At Law
Los Angeles

- 2 -

[PROPOSED] JUDGMENT AGAINST DEFENDANTS BISHOP, BUCHEL, ET AL - CASE NO. ED CV06-1212 SVW (OPx)
LA:17292835.1

1  **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that, Plaintiff Robb Evans, as Receiver for Ohana International, Inc. and over the assets of Christiano Hashimoto, individually and doing business as Financial Solutions shall recover from defendant Barrington Henderson the principal sum of $145,878.55, plus Plaintiff's costs amounting to the sum of $986.00, of which $350.00 representing the filing fee in this action is subject to joint and several liability of all defendants against whom judgment is entered, for a total judgment of $146,864.55, together with post-judgment interest pursuant to 28 U.S.C. § 1961 from the date of entry of judgment until paid at the rate provided by such statute.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that, Plaintiff Robb Evans, as Receiver for Ohana International, Inc. and over the assets of Christiano Hashimoto, individually and doing business as Financial Solutions shall recover from defendant Charlisa Payton the principal sum of $130,000.00, plus Plaintiff's costs amounting to the sum of $639.50, of which $350.00 representing the filing fee in this action is subject to joint and several liability of all defendants against whom judgment is entered, for a total judgment of $130,639.50, together with post-judgment interest pursuant to 28 U.S.C. § 1961 from the date of entry of judgment until paid at the rate provided by such statute.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that, Plaintiff Robb Evans, as Receiver for Ohana International, Inc. and over the assets of Christiano Hashimoto, individually and doing business as Financial Solutions shall recover from defendants Dan and Maria Rivera the principal sum of $205,711.81, plus Plaintiff's costs amounting to the sum of $640.00, of which $350.00 representing the filing fee in this action is subject to joint and several liability of all defendants against whom judgment is entered, for a total judgment of $206,351.81, together with post-judgment interest pursuant to 28 U.S.C. § 1961 from the date of entry of judgment until paid at the rate provided by such statute. Said judgment against Dan Rivera and Maria Rivera shall be joint and several.

1    **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that, Plaintiff Robb Evans, as Receiver for Ohana International, Inc. and over the assets of Christiano Hashimoto, individually and doing business as Financial Solutions shall recover from defendant Michael T. Smith the principal sum of $96,847.63, plus Plaintiff's costs amounting to the sum of $1,038.90, of which $350.00 representing the filing fee in this action is subject to joint and several liability of all defendants against whom judgment is entered, for a total judgment of $97,886.53, together with post-judgment interest pursuant to 28 U.S.C. § 1961 from the date of entry of judgment until paid at the rate provided by such statute.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that, Plaintiff Robb Evans, as Receiver for Ohana International, Inc. and over the assets of Christiano Hashimoto, individually and doing business as Financial Solutions shall recover from defendant Mary Yezzi the principal sum of $57,973.00, plus Plaintiff's costs amounting to the sum of $510.50, of which $350.00 representing the filing fee in this action is subject to joint and several liability of all defendants against whom judgment is entered, for a total judgment of $58,483.50, together with post-judgment interest pursuant to 28 U.S.C. § 1961 from the date of entry of judgment until paid at the rate provided by such statute.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that there is no just reason for delay in entry of the judgments against the above-named defendants, that the judgments entered against the defendants herein and any other judgments entered heretofore or hereafter in this action against any other defendants are several as to each such defendant unless otherwise expressly stated in the judgment to be joint or joint and several as to the particular defendants.

1  **IT IS THEREFORE ORDERED** that the Clerk of the Court shall enter this
2  Judgment forthwith while this action remains pending against other defendants.

4  DATED:   May 14, 2008

   _____
   Stephen V. Wilson
   United States District Judge